UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

RICARDO DELGADO,

        Plaintiff,

Civ. No. 15-196 JCH/GJF

v.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, and FARMERS INSURANCE
COMPANY OF ARIZONA,

        Defendants.

## ORDER GRANTING PLAINTIFF AND LIBERTY MUTUAL'S JOINT MOTION TO EXTEND SUMMARY JUDGMENT-RELATED DEADLINES

THIS MATTER comes before the Court on Plaintiff and Defendant Liberty Mutual's "Joint Motion to Extend Summary Judgment-Related Deadlines" ("Motion") [ECF No. 58]. In their Motion, Plaintiff and Defendant Liberty Mutual communicate their concurrence while also advising that Defendant Farmers Insurance Company of Arizona does not oppose the motion. Therefore, having reviewed the Motion, and noting the concurrence or lack of opposition of all parties, the Court finds the Motion to be well-taken and will GRANT it.

**IT IS HEREBY ORDERED** that the deadline for the parties to complete the additional Rule 56(d) discovery is extended to **January 9, 2017**, and the deadline for filing Plaintiff's surreply is extended to **January 23, 2017**.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE