UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

RICARDO DELGADO,

      Plaintiff,

Civ. No. 15-196 JCH/GJF

v.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, and FARMERS INSURANCE
COMPANY OF ARIZONA,

      Defendants.

### ORDER GRANTING LIBERTY MUTUAL'S
### UNOPPOSED MOTION FOR LEAVE TO FILE SUR SURREPLY

THIS MATTER comes before the Court on Liberty Mutual's "Unopposed Motion for Leave to File Sur Surreply to Plaintiff's Surreply" ("Motion") [ECF No. 59]. The Court, having reviewed the Motion and noting the concurrence of the parties, finds the motion to be well-taken and will GRANT it.

IT IS HEREBY ORDERED that Liberty Mutual shall be allowed to file a sur surreply to Plaintiff's surreply, and that the sur surreply shall be filed **within 14 days** of the filing of Plaintiff's surreply.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

 */s/ Shannon A. Parden*
Shannon A. Parden
RAY, McCHRISTIAN & JEANS, P.C.
6000 Uptown Blvd NE, Suite 307
Albuquerque, New Mexico 87110
Tel:  (505) 855-6000
Fax:  (505) 212-0140
sparden@rmjfirm.com
*Attorneys for Liberty Mutual Fire Insurance Company*


 *Not opposed   10/17/16*
John Anderson
Ruhmann Law Firm
5915 Silver Springs, Bldg. 1
El Paso, Texas 79912
cruhmann@ruhmannlaw.com
*Attorney for Plaintiff*

 *Not opposed 10/17/16*
Daniel J. O'Brien
O'Brien & Padilla, P.C.
6000 Indian School Rd. NE, Ste. 200
Albuquerque, NM 8110
dobrien@obrienlawoffice.com
*Attorney for Farmers Ins. Co. of Az.*