# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

RICARDO DELGADO,

      Plaintiff,

Civ. No. 15-196 JCH/GJF

v.

FARMERS INSURANCE
COMPANY OF ARIZONA,

      Defendant.

## ORDER TO FILE CLOSING DOCUMENTS

On April 16, 2018, the parties notified the Court that this case has settled. Accordingly, the Court **HEREBY ORDERS** the parties to jointly submit closing documents no later than **May 16, 2018**, absent a showing of good cause for an extension.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE